UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   05-407M |
| ) | |
| v. ) | |
| ) | |
| CORETTA CALDWELL ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

      Count I: SOCIAL SECURITY FRAUD - Title 42, U.S.C., Section 408(a)(7)(B)

      Count II: AGGRAVATED IDENTITY THEFT - Title 18, U.S.C., Section 1028(A)

Date of Detention Hearing: August 18, 2005.

      The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions, which defendant can meet, will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Defendant is viewed as risk of nonappearance due to the nature of the current charges. Furthermore, the Defendant has multiple identification cards under different alias names and ongoing issues with substance abuse.

(2) The Defendant is viewed as a risk of danger to the community due to the nature of the instant offense and an extensive criminal history. Moreover, the Defendant's sister expressed concern regarding the Defendant's mental state given that she has admitted to daily substance abuse and has failed to adequately

DETENTION ORDER
PAGE -1-

care for her son amidst allegations of physical abuse by the co-defendant. Other discrepancies between the sister's account of events and the Defendant's account give rise to skepticism surrounding the Defendant's trustworthiness.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

It is therefore ORDERED:

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of August, 2005.

Monica J. Benton
United States Magistrate Judge

DETENTION ORDER
PAGE -2-